UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
AUG 27 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) **4:18CR715 PLC** |
| WILLIAM R. CLAY, | ) ) |
| Defendant. | ) ) |

## MISDEMEANOR INFORMATION

### COUNT I

The United States Attorney charges that:

Within the special maritime and territorial jurisdiction of the United States, on or about August 27, 2018, in the City of St. Louis, Missouri in the Eastern District of Missouri,

**WILLIAM R. CLAY,**

the defendant herein, did forcibly assault, resist, oppose, impede, intimidate or interfere with any person designated in Title 18 United States Code, Section 1114 while engaged in or on account of the performance of official duties.

In violation of Title 18 United States Code, Section 111.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_____
BETH ORWICK, #52089MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Beth Orwick, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
BETH ORWICK, #52089MO

Subscribed and sworn to before me this 27th day of August 2018.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK